**IN THE STATE OF NEW YORK COURT OF CLAIMS**

| | |
|---|---|
| **JEAN-CLAUDE MOUSTACAKIS; Et Al.**<br>Plaintiff/Petitioner<br>vs.<br>**iTONIC HOLDINGS LTD (f/k/a PHETON HOLDINGS LTD); Et Al.**<br>Defendant/Respondent | Hearing Date:<br>INDEX NO: **1:26-cv-06484-AS**<br>Index Date: **08/05/2026**<br>AFFIRMATION OF SERVICE OF:<br>**Summons; NOTICE OF INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES IN CIVIL CASES; Class Action Complaint** |

Received by **Bernard Iwuanyanwu**, on the **7th day of August, 2026 at 7:39 PM** to be served upon **Dominari Securities LLC c/o CT Corporation System, Registered Agent** at **725 5th Ave 23rd Floor, New York, New York County, NY 10022**.

I, Bernard Iwuanyanwu, affirm: That I am now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **10th day of August, 2026 at 4:28 PM** at the address of **725 5th Ave 23rd Floor, New York, New York County, NY 10022**, I, Bernard Iwuanyanwu, served the **SUMMONS; NOTICE OF INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES IN CIVIL CASES; CLASS ACTION COMPLAINT** upon **Dominari Securities LLC c/o CT Corporation System, Registered Agent** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the **SUMMONS; NOTICE OF INITIAL PRETRIAL CONFERENCE; INDIVIDUAL PRACTICES IN CIVIL CASES; CLASS ACTION COMPLAINT**, with the date and hour of service endorsed thereon by me, Bernard Iwuanyanwu, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Eric Newman, I delivered the documents to Eric Newman who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 140-160 lbs.**

**I, Bernard Iwuanyanwu, asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.**

I affirm this 10th day of August, 202[illegible] under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

**Bernard Iwuanyanwu, Reg. # 2134366-DCWP, NYC DCWP, NY**

ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/28
147 Prince St, Suite 4-6, Brooklyn, NY 11201


FOR: **Morris Kandinov LLP**
REF: **PTHL-Itonic**
Tracking #: **0236375954**