UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-CLAUDE MOUSTACAKIS and IZABELA OLENDSKA-MOUSTACAKIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-v-

iTONIC HOLDINGS LTD (f/k/a PHETON HOLDINGS LTD); JIANFEI ZHANG; ZHIXIN LI; PENGFEI ZHANG; CATHAY SECURITIES, INC.; DOMINARI SECURITIES LLC; and MARCUM ASIA CPAS LLP,

Defendants.

26-CV-6484 (AS)

ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS

ARUN SUBRAMANIAN, United States District Judge:

On July 29, 2026, Plaintiff filed a putative class action on behalf of "persons and entities that purchased or otherwise acquired PTHL securities between September 5, 2024, and July 29, 2025." Docket No. 1. ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

It is hereby ORDERED that **no later than August 24, 2026**, Plaintiffs shall advise the Court in writing of the date and manner in which it published this notice.

SO ORDERED.

Dated: August 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge