**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN-CLAUDE MOUSTACAKIS and IZABELA OLENDSKA-MOUSTACAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>iTONIC HOLDINGS LTD (f/k/a PHETON HOLDINGS LTD); JIANFEI ZHANG; ZHIXIN LI; PENGFEI ZHANG; CATHAY SECURITIES, INC.; DOMINARI SECURITIES LLC; and MARCUM ASIA CPAS LLP,<br><br>Defendants. | Case No. 26-cv-6484 (AS) |

**NOTICE OF MOTION BY JEAN-CLAUDE MOUSTACAKIS AND IZABELA OLENDSKA-MOUSTACAKIS FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

**TO: THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jean-Claude Moustacakis and Izabela Olendska-Moustacakis (together, "Movants") respectfully move the Court for an order: (1) appointing Movants as Lead Plaintiffs pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 and Section 27(a)(3)(B) of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995; and (2) approving Movants' selection of Morris Kandinov LLP as Lead Counsel for the Class.

This motion is based on this Notice and the Memorandum of Law filed herewith, the Declaration of Andrew W. Robertson in support thereof, including Exhibits A–E, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at the conference scheduled for October 16, 2026 at 1:30 p.m. pursuant to the Court's Order dated August 24, 2026 (ECF No. 19).

Dated: September 29, 2026

*/s/ Andrew W. Robertson*

**MORRIS KANDINOV LLP**
Andrew W. Robertson (Lead Trial Counsel)
Aaron T. Morris
305 Broadway, 7th Floor
New York, NY 10007
Tel. (212) 431-7473
andrew@moka.law
aaron@moka.law

*Counsel for Lead Plaintiff Movants Jean-Claude Moustacakis and Izabela Olendska-Moustacakis and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew W. Robertson*
Andrew W. Robertson