UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN-CLAUDE MOUSTACAKIS and IZABELA OLENDSKA-MOUSTACAKIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>iTONIC HOLDINGS LTD (f/k/a PHETON HOLDINGS LTD); JIANFEI ZHANG; ZHIXIN LI; PENGFEI ZHANG; CATHAY SECURITIES, INC.; DOMINARI SECURITIES LLC; and MARCUM ASIA CPAS LLP,<br><br>Defendants. | Case No. 26-cv-6484 (AS) |

**DECLARATION OF ANDREW W. ROBERTSON IN SUPPORT OF MOTION OF JEAN-CLAUDE MOUSTACAKIS AND IZABELA OLENDSKA-MOUSTACAKIS FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL**

I, Andrew W. Robertson, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Morris Kandinov LLP, counsel for Lead Plaintiff movants Jean-Claude Moustacakis and Izabela Olendska-Moustacakis (together, "Movants") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Lead Plaintiffs and approval of their selection of Morris Kandinov LLP as Lead Counsel for the Class.

3. Attached hereto are true and correct copies of the following:

Exhibit A: Notice published on July 31, 2026, via Newsfile Corp.

Exhibit B: PSLRA Certification of Jean-Claude Moustacakis.

Exhibit C: PSLRA Certification of Izabela Olendska-Moustacakis.

Exhibit D: Movants' Loss Chart.

Exhibit E: Morris Kandinov LLP's Firm Résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th day of September, 2026.

*/s/ Andrew W. Robertson*
Andrew W. Robertson

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Andrew W. Robertson*
Andrew W. Robertson