UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-CLAUDE MOUSTACAKIS and IZABELA OLENDSKA-MOUSTACAKIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

iTONIC HOLDINGS LTD (f/k/a PHETON HOLDINGS LTD); JIANFEI ZHANG; ZHIXIN LI; PENGFEI ZHANG; CATHAY SECURITIES, INC.; DOMINARI SECURITIES LLC; and MARCUM ASIA CPAs LLP,

Defendants.

26-CV-6484 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is disinclined to have multiple counsel litigate this case on behalf of plaintiffs. If there is a good reason why the Court should appoint multiple lead plaintiffs and multiple lead counsel given the circumstances of this particular case, then the parties can apprise the Court of those reasons at the hearing.

In addition, the Court is interested in knowing what negotiations have been undertaken, on behalf of those who seek to be lead plaintiff, with respect to the attorney's fees that may be sought on any potential recovery in this case. At the hearing, those who are vying to be recognized as lead plaintiff should explain what negotiations they have had with selected counsel about attorney's fees, and what agreements they have reached about the fees that will be requested (either the exact percentage or the maximum percentage) on behalf of the class.

The Court can then assess which lead plaintiff, if not both groups, is the most suitable given the PSLRA's requirements.

SO ORDERED.

Dated: October 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge